UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYNEARIA A. VARLACK,

                     Plaintiff,

-against-

TRANSUNION, LLC; EXPERIAN; EQUIFAX; DISCOVER BANK,

                     Defendants.

23-CV-6760 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 21, 2024, the Court received a letter from Plaintiff, advising the Court that she wishes to withdraw her claims against all the defendants. (ECF 8.) Defendants have not yet been served with the summons and complaint.

The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:    February 22, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge