UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYNEARIA A. VARLACK,<br><br>                              Plaintiff,<br><br>          -against-<br><br>TRANSUNION, LLC; EXPERIAN; EQUIFAX; DISCOVER BANK,<br><br>                              Defendants. | 23-CV-6760 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 22, 2024
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge